UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 17-cv-21564-Ungaro/O'Sullivan

JUAN CARLOS GIL,

    Plaintiff,
v.

AM RETAIL GROUP, INC.
d/b/a www.karllagerfeldparis.com,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 22nd day of May, 2017.

        *s/ Scott R. Dinin*
        Scott R. Dinin
        SCOTT R. DININ P.A.
        4200 NW 7th Avenue
        Miami, Florida 33127
        Telephone: (786) 431-1333
        Facsimile: (786) 513-7700
        Email: inbox@dininlaw.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, and an electronic a copy sent to:

Margaret H. Mevers, Esq.
LYDECKER DIAZ
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Email: mhm@lydeckerdiaz.com

*s/ Scott R. Dinin*

2