UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 17-cv-21564-Ungaro/O'Sullivan

JUAN CARLOS GIL,

    Plaintiff,

v.

AM RETAIL GROUP, INC.
d/b/a www.karllagerfeldparis.com,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses, except as otherwise set forth in the parties' settlement agreement.

Dated this 16th day of June, 2017.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Margaret H. Mevers* |
| Scott R. Dinin, Esq. | Margaret H. Mevers, Esq. |
| SCOTT R. DININ, P.A. | LYDECKER DIAZ |
| 4200 NW 7th Avenue | 1221 Brickell Avenue, 19th Floor |
| Miami, Florida 33127 | Miami, Florida 33131 |
| Tel: (786) 431-1333 | Email: mhm@lydeckerdiaz.com |
| Fax: (786) 513-7700 | Tel (305) 416-3180 |
| E-mail: inbox@dininlaw.com | Fax: (305)416-3190 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |