UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 17-cv-21564-Ungaro/O'Sullivan

JUAN CARLOS GIL,

    Plaintiff,

v.

AM RETAIL GROUP, INC.
d/b/a www.karllagerfeldparis.com,

    Defendant.

---

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed on June 16, 2017, in the above-styled case. Upon careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

The above-styled case is hereby DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers in Miami, Florida this 16 day of June, 2017.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All counsel of Record